**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| RESORBA MEDICAL GmbH, | |
| Plaintiff, | Case No. _____ |
| v. | |
| ORGANOGENESIS, INC., | **JURY TRIAL DEMANDED** |
| Defendant. | |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff RESORBA Medical GmbH ("Resorba") demands a jury trial and complains against Defendant Organogenesis, Inc. ("Organogenesis"), and states as follows:

### PARTIES

1.    Resorba is a corporation organized and existing under the laws of Germany, with a principal place of business at Am Flachmoor 16, Nuremberg, Germany 90475.

2.    On information and belief, Organogenesis is a Delaware corporation with its headquarters, or principal place of business, located at 150 Dan Road Suite 3, Canton, Massachusetts 02021, and conducts business in this judicial district.

### JURISDICTION AND VENUE

3.    This action arises under the patent laws of the United States of America, Title 35 of the United States Code.

4.    This Court has jurisdiction over the subject matter of this action under 28 U.S.C. §§ 1331 and 1338(a).

5.     Venue is proper in this district pursuant to 28 U.S.C. §§ 1391(c) and 1400(b) because Resorba is informed and believes, and based thereon alleges, that Organogenesis resides in this judicial district, is doing business and committing acts of infringement of the patent identified below in this judicial district, and is subject to personal jurisdiction in this judicial district.

## BACKGROUND

6.     Founded in 1931, Resorba is a worldwide manufacturer of innovative and commercially successful surgical suture and collagen products for a wide variety of surgical and dental disciplines in hospitals and private practice settings.  Resorba is a recognized leader in the development of high-end collagens for surgical wound care, hemostasis/infection protection, and dental surgery and a recognized partner in scientific research projects.  Resorba is one of four main trading subsidiaries within the Advanced Medical Solutions Group (the "AMS Group").  The AMS Group is purely focused on developing and manufacturing innovative and technologically advanced products for the global advanced wound care, surgical, and wound closure markets.  Resorba was acquired in 2011 in a widely publicized acquisition given the status of the ultimate parent company as a public company listed on AIM, a sub-market of the London Stock Exchange.  Resorba, along with its subsidiaries, has a successful presence in over 30 countries and the AMS Group has a relatively high profile in the United States given its multiple U.S. Food and Drug Administration product approvals and successful sales performance, including a 19% share of the combined hospital and non-hospital market for tissue adhesives under its brand LiquiBand®.

7.     Collagens are important components of all connective and supportive tissues in the entire organism.  They are thereby involved in significant interactions: on the one hand, with cells (mitosis, "guide rail"), on the other hand, with thrombocytes as part of the clotting cascade.

Both effects can be attributed to collagen as a biomaterial. The prerequisite is high-quality processing of the starting material. It is precisely this possibility of topical application after surgical measures that allows the problem to be confronted where it occurs or must be overcome, without causing additional damage to the organism.

8. In nature, when tissue layers are injured or destroyed, they must be rapidly closed in order to maintain the integrity and function of the organism. A primary goal of modern wound care is an adaptation of this approach, by salvaging the intact tissue and supporting the damaged areas.

9. Resorba owns all right, title, and interest in U.S. Patent No. 7,604,816 ("the '816 Patent"), which was duly and legally issued on October 20, 2009, and names Claus M. Hiltner, Karl-Heinz Sorg, and Pieter Alblas as the inventors. The '816 Patent is entitled "Bio-Absorbable Collagen-Based Wound Dressing." A true and accurate copy of the '816 Patent is attached to this Complaint as Exhibit 1.

10. Resorba has licensed the '816 Patent on an exclusive basis to Lohmann & Rauscher GmbH Co. KG ("L&R"), located at Irlicher Straße 55, 56567 Neuwied, Germany, for the extracorporeal wound care field of use, excluding the "diabetic foot" field of use in respect of which a semi-exclusive license has been granted.

11. The '816 Patent is generally directed to a novel bio-absorbable collagen-based wound dressing. Collagen is the main structural protein found in animal connective tissue. As a primary component of connective tissue, it is typically the most abundant protein found in animals. Accordingly, collagen can be easily absorbed and is a useful material used in wound care and for wound dressing. As the '816 Patent states:

A primary object of the present invention is, accordingly, to provide a bio-absorbable wound dressing based on collagen which has good body toleration and good absorbability, yet will not be completely dissolved in the body over a period of a few days and will ensure reliable protection against infections.

This object is achieved by providing a collagen-based, bio-absorbable wound dressing that contains a linear polymer biguanide and/or a water-soluble salt thereof.

(Exhibit 1, col. 2, ln. 31-39).

12. Claim 1 of the '816 Patent is directed to a bio-absorbable wound dressing comprising a collagen-based material which contains at least one of a linear polymer biguanide and a water-soluble salt thereof.

13. Claim 2 of the '816 Patent is directed to the same bio-absorbable wound dressing as Claim 1 with the added requirement that the linear polymer biguanide is polyhexamethylene biguanide.

14. Claim 9 of the '816 Patent is directed to the same bio-absorbable wound dressing as Claim 1 with the added requirement that the collagen is of type I, III, or X.

15. Claim 12 of the '816 Patent is directed to the same bio-absorbable wound dressing as Claim 1 with the added requirement that the collagen is in the form of one of a sponge, a foil, a film, a membrane, a nonwoven and a tamponade.

16. Claim 15 of the '816 Patent is directed to the same bio-absorbable wound dressing as Claim 1 with the added requirement that the collagen is impregnated with an aqueous solution of the linear polymer biguanide.

4810-4165-6887.7

## ORGANOGENESIS' INFRINGING PRODUCT

17.  Without authority or any license from Resorba, Organogenesis makes, uses (including by having its employees test), markets, sells, offers to sell, and/or otherwise provides a bio-absorbable wound dressing, PuraPly Antimicrobial, that has a collagen or collagen-based material which contains at least one of a linear polymer biguanide and a water-soluble salt thereof as claimed in Claim 1 of the '816 Patent.



18.  In particular, the PuraPly Antimicrobial product is described (as shown below) as: (i) a "collagen matrix with the antimicrobial polyhexamethylene biguanide (PHMB)" and as utilizing "an inherently strong biocompatible fenestrated sheet of porcine-derived collagen coated with PHMB" (*see* PuraPly Antimicrobial Technical Sheet attached as Exhibit 2); and/or (ii) "a collagen sheet coated with polyhexamethylenebiguanide hydrochloride (PHMB) intended for the management of wounds" (*see* Exhibit 3), which both read on Claim 1 of the '816 Patent

that requires "a collagen-based material which contains at least one of a linear polymer biguanide and a water-soluble salt thereof."

# Introducing PuraPly™ Antimicrobial

PuraPly Antimicrobial is the first purified native collagen matrix with the antimicrobial polyhexamethylene biguanide (PHMB). PuraPly Antimicrobial can be used to manage bioburden while supporting healing across a wide variety of wound types, regardless of severity or duration.[1]

(Exhibit 2 at 1).

## The Benefits of Collagen and PHMB

PuraPly Antimicrobial utilizes an inherently strong biocompatible fenestrated sheet of porcine-derived collagen coated with PHMB.[3]

(Exhibit 2 at 2).

### Description

PuraPly™ Antimicrobial Wound Matrix consists of a collagen sheet coated with polyhexamethylenebiguanide hydorchloride (PHMB) intended for the management of wounds. PuraPly™ Antimicrobial Wound Matrix is supplied dry in sheet form. The device is packaged in sterile, sealed single pouches.

(Exhibit 3).

19.   The linear polymer biguanide used in the PuraPly Antimicrobial product is polyhexamethylene biguanide as claimed in Claim 2 of the '816 Patent.  (*See* Exhibits 2 & 3).

20. Upon information and belief, the collagen used in the PuraPly Antimicrobial product is a purified type I collagen matrix, as claimed in Claim 9 of the '816 Patent.

21. The PuraPly Antimicrobial product is offered as a "sheet" which meets the limitation in Claim 12 of the '816 Patent that the collagen be in the form of "one of a sponge, a foil, a film, a membrane, a nonwoven, and a tamponade."

22. The PuraPly Antimicrobial product is offered as a "sheet coated with plyhexamethylenebiguanide hydrocholoride (PHMB)" which meets the limitation in Claim 15 of the '816 Patent that the collagen be "impregnated with an aqueous solution of the linear polymer biguanide." (*See, e.g.,* Exhibit 3, "Description").

23. Organogenesis provides instructions and support explaining how to use its PuraPly Antimicrobial product. Such instructions are contained throughout the product insert. (*See, e.g.,* Exhibit 3, "Instructions for Use").

24. Such instructions and support are also available on Organogenesis' website (as shown below and at http://www.organogenesis.com/), including the instructions and offer of support shown in Exhibit 4.

# Applying PuraPly™ Antimicrobial

To apply PuraPly Antimicrobial, follow these simple steps[1]:

1. Prepare wound to ensure it is free of debris and necrotic tissue
2. Cut the dry sheet to the appropriate size and place in contact with wound bed
3. Hydrate with sterile saline
4. Apply appropriate fixation and secondary dressings
5. Assess weekly for reapplication

(Exhibit 4 at 1).

## COUNT I
## DIRECT INFRINGEMENT

25.    Resorba repeats and incorporates herein the allegations contained in Paragraphs 1 through 24 above.

26.    As a result of making, using (including having its employees internally test and use the PuraPly Antimicrobial product), marketing, selling, and/or offering for sale the PuraPly Antimicrobial product, Organogenesis has directly infringed and continues to directly infringe at least Claims 1, 2, 9, 12, and 15 of the '816 Patent literally and/or under the doctrine of equivalents.  As set forth *supra*, the PuraPly Antimicrobial product is specifically designed to contain each and every element of at least Claims 1, 2, 9, 12, and 15 of the '816 Patent.

27.    Since at least November 25, 2015, but no later than the filing date of this Complaint, Organogenesis has willfully infringed the '816 Patent by directly infringing the patent with knowledge of the patent and in spite of an objectively high likelihood that its actions constituted infringement of the '816 Patent.

4810-4165-6887.7

28.   Resorba has suffered damages as a result of Organogenesis' direct infringement of the '816 Patent.

29.   The foregoing acts of patent infringement by Organogenesis have also caused, and unless enjoined by this Court, will continue to cause, immediate and irreparable injury to Resorba, leaving Resorba with no adequate remedy at law.

**COUNT II**
**INDIRECT INFRINGEMENT**

30.   Resorba repeats and incorporates herein the allegations contained in Paragraphs 1 through 29 above.

31.   The PuraPly Antimicrobial product is particularly adapted to be used as a bio-absorbable wound dressing in a manner that infringes at least Claims 1, 2, 9, 12, and 15 of the '816 Patent.

32.   Organogenesis has been aware of the '816 Patent since at least November 25, 2015, but no later than the filing date of this Complaint, and upon information and belief was aware, or should have been aware, since at least such date that the use of the PuraPly Antimicrobial product constitutes direct infringement of the '816 Patent.

33.   In spite of its knowledge of the '816 Patent, Organogenesis has continued to offer the PuraPly Antimicrobial product to its customers and has continued to instruct them on how to use it as a bio-absorbable wound dressing in a manner that infringes at least Claims 1, 2, 9, 12, and 15 of the '816 Patent.

4810-4165-6887.7

34.   Upon information and belief, at least one of Organogenesis' customers has used the PuraPly Antimicrobial product as a bio-absorbable wound dressing in a manner that infringes one or more claims of the '816 Patent since Organogenesis became aware of the '816 Patent.

35.   Organogenesis indirectly infringes at least Claims 1, 2, 9, 12, and 15 of the '816 Patent by inducing others to use the PuraPly Antimicrobial product in a manner that directly infringes the asserted claims.  Upon information and belief, Organogenesis provides the PuraPly Antimicrobial product to its customers and encourages and instructs them on how to use it as a bio-absorbable wound dressing in a manner that directly infringes at least Claims 1, 2, 9, 12, and 15 of the '816 Patent.  Organogenesis has induced these infringing uses with full knowledge of the '816 Patent and with full knowledge that the use of the PuraPly Antimicrobial product constitutes infringement of the '816 Patent.

36.   Organogenesis indirectly infringes at least Claims 1, 2, 9, 12, and 15 of the '816 Patent by contributorily infringing the patents through its provision of the PuraPly Antimicrobial product.  Organogenesis' customers that use the PuraPly Antimicrobial product directly infringe at least Claims 1, 2, 9, 12, and 15 of the '816 Patent as described in detail in Paragraphs 12 through 22 and Paragraph 26 above.  Since at least November 25, 2015, but no later than the filing date of this Complaint, Organogenesis has known that the use of the PuraPly Antimicrobial product infringes the '816 Patent and that the PuraPly Antimicrobial product has no substantial non-infringing uses.

37.   Resorba has suffered damages as a result of Organogenesis' indirect and willful infringement of the '816 Patent.

4810-4165-6887.7

38.    The foregoing acts of patent infringement by Organogenesis have also caused, and unless enjoined by this Court, will continue to cause, immediate and irreparable injury to Resorba, leaving Resorba with no adequate remedy at law.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff Resorba prays for judgment against Defendant Organogenesis on all the counts and for the following relief:

A.    For a judgment that Organogenesis has directly infringed, actively induced the infringement of, and/or contributorily infringed the '816 Patent;

B.    That this Court issue preliminary and permanent injunctive relief against Organogenesis, its respective officers, agents, servants, employees, attorneys, any parent and subsidiary corporations, assigns and successors in interest, and those persons in active concert or participation with them, enjoining them from continued acts of infringement of the '816 Patent;

C.    An accounting of damages under 35 U.S.C. § 284 for infringement of the '816 Patent by Organogenesis, together with pre-judgment and post-judgment interest as provided by law;

D.    That Organogenesis' acts of infringement of the '816 Patent be deemed willful and that Organogenesis be required to pay damages equal to three times the actual damages awarded to Resorba pursuant to 35 U.S.C. § 284;

-11-

E.  That this be adjudged an exceptional case and that Organogenesis be awarded attorneys' fees pursuant to 35 U.S.C. § 285;

F.  That this Court award Resorba its costs and expenses incurred herein; and

G.  Such other and further relief as this Court may deem proper, just, and equitable.

## JURY DEMAND

Pursuant to Fed. R. Civ. P. 38, Plaintiff Resorba demands a trial by jury of all issues properly triable by jury in this action.

Dated:  October 27, 2016

Respectfully submitted,

*/s/ Matthew A. Ambros*_____
Matthew A. Ambros (BBO # 670329)
mambros@foley.com
FOLEY & LARDNER LLP
111 Huntington Avenue, Suite 2600
Boston, Massachusetts 02199
Tel:  (617) 342-4000
Fax:  (617) 342-4701

Jeanne M. Gills (*pro hac vice* pending)
jmgills@foley.com
Andrew M. Gross (*pro hac vice* pending)
agross@foley.com
FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, Illinois  60654
Tel:  (312) 832-4500
Fax:  (312) 832-4700

*Attorneys for Plaintiff RESORBA Medical GmbH*

4810-4165-6887.7

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the *Complaint for Patent Infringement* using the CM/ECF System, which will send notification of such filing to all counsel of record.


Dated: October 27, 2016 /s/ Matthew A. Ambros

4810-4165-6887.7