**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| RESORBA MEDICAL GmbH,<br><br>Plaintiff,<br><br>v.<br><br>ORGANOGENESIS, INC.,<br><br>Defendant. | Case No. 1:16-cv-12173-GAO<br><br>U.S. District Judge George A. O'Toole, Jr. |

**JOINT STATUS REPORT**

Pursuant to Federal Rule 16 and the Court's October 3, 2017 Order, Plaintiff Resorba Medical GmbH ("Plaintiff" or "Resorba") and Defendant Organogenesis, Inc. ("Defendant" or "Organogenesis") (collectively, the "Parties") respectfully submit the following Joint Status Report.

**I.    Status of Litigation**

The parties exchanged initial disclosures on April 10, 2017 and, since the last status conference with the Court, have commenced discovery. Both sides have served and responded to document requests and initial interrogatories. The parties have agreed to a stipulated protective order and stipulated ESI protocol.

Over the last few months, the parties have engaged in extensive efforts to resolve this matter, including direct communications between party principals, and have exchanged several draft settlement agreements. While settlement discussions are ongoing, to date the parties have been unable to reach a resolution.

If the parties do not reach settlement imminently, Organogenesis will file this month two petitions for Inter Partes Review (IPR) with respect to the asserted patent.

## II. Proposed Pretrial Schedule

Although the Court has not formally entered a written scheduling order adopting the schedule proposed in the parties' Rule 16 statement (Docket No. 29), the Court orally entered the proposed schedule through the claim construction hearing at the scheduling conference on April 24, 2017. The parties have sought certain changes and have obtained the Court's approval for those.

The Parties now propose to revise the schedule as shown in the table below.

Notwithstanding the proposed schedule below, Organogenesis states that it may seek to stay the litigation in view of its anticipated IPR filings. Resorba believes staying the case at this point would be inappropriate, given that the parties will have completed their contentions on October 23rd, and engaged in written discovery. In any event, Resorba believes considering any potential stay is premature unless and until the Patent Trial and Appeals Board institutes the IPRs and assuming such IPRs are actually filed.

| Event | Current Date | Revised Date |
|---|---|---|
| Service of Initial Disclosures | April 10, 2017 | Completed |
| Disclosure of Preliminary Infringement Contentions | July 17, 2017 | Completed |
| Disclosure of Preliminary Invalidity and Non-Infringement Contentions | October 23, 2017 | October 23, 2017 |
| Amendment of Pleadings and Joinder of Additional Parties | October 18, 2017 | December 20, 2017 |
| Simultaneous Exchange List of Claim Terms to be Construed and Proposed Constructions | November 17, 2017 | January 19, 2018 |
| Simultaneously Filing of Preliminary Claim Construction Briefs | December 13, 2017 | February 16, 2018 |

| | | |
|---|---|---|
| Simultaneously Filing of Reply Claim Construction Briefs | January 12, 2018 | March 9, 2018 |
| File Joint Claim Construction and Prehearing Statement | January 18, 2018 | March 16, 2018 |
| Claim Construction Hearing | At the Court's convenience in late February 2018. | At the Court's convenience in April 2018. |
| Amended Infringement Disclosures, Limited to Issues Affected by the Court's Claim Construction Decision | 30 days after *Markman* decision. | 30 days after *Markman* decision. |
| Amended Invalidity and Non-Infringement Disclosures, Limited to Issues Affected by the Court's Claim Construction Decision | 30 days after *Markman* decision. | 30 days after *Markman* decision. |
| Close of Fact Discovery | April 20, 2018 | June 29, 2018 |
| Opening Expert Reports by Party with Burden of Proof | June 1, 2018 | August 1, 2018 |
| Rebuttal Expert Reports | July 13, 2018 | September 14, 2018 |
| Close of Expert Discovery | August 10, 2018 | October 12, 2018 |
| Motions for Summary Judgment | September 10, 2018 | November 9, 2018 |
| Briefs in Opposition to Motions for Summary Judgment | October 11, 2018 | December 7, 2018 |
| Reply Briefs in Support of Motions for Summary Judgment | October 25, 2018 | December 21, 2018 |
| Pretrial Disclosures | No later than 28 days before pretrial conference | No later than 28 days before pretrial conference |
| Joint Pretrial Memorandum | No later than 7 days before pretrial conference | No later than 7 days before pretrial conference |
| Pretrial Conference | Early January 2019 | Early March 2019 |
| Trial Brief | 7 days before trial | 7 days before trial |
| Trial | March 2019 | May 2019 |
| Estimated Time for Trial | 1 week | 1 week |

Respectfully submitted,

| | |
|---|---|
| /s/ *Marco J. Quina* | /s/ *Andrew M. Gross* |
| Claire Laporte (BBO #554979) | Jeanne M. Gills (admitted *pro hac vice*) |
| claporte@foleyhoag.com | jmgills@foley.com |
| Marco J. Quina (BBO #661660) | Andrew M. Gross (admitted *pro hac vice*) |
| mquina@foleyhoag.com | agross@foley.com |
| Emma S. Winer (BBO #693453) | FOLEY & LARDNER LLP |
| ewiner@foleyhoag.com | 321 North Clark Street, Suite 2800 |
| FOLEY HOAG LLP | Chicago, Illinois  60654 |
| 155 Seaport Boulevard | Tel:  (312) 832-4500 |
| Boston, Massachusetts 02210 | Fax:  (312) 832-4700 |
| Tel:  (617) 832-1000 | |
| Fax: (617) 832-7000 | Matthew A. Ambros (BBO # 670329) |
| | mambros@foley.com |
| *Attorneys for Defendant* | FOLEY & LARDNER LLP |
| *Organogenesis, Inc.* | 111 Huntington Avenue, Suite 2600 |
| | Boston, Massachusetts 02199 |
| | Tel:  (617) 342-4000 |
| | Fax:  (617) 342-4701 |
| | |
| | *Attorneys for Plaintiff* |
| Dated: October 16, 2017 | *Resorba Medical GmbH* |