**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| RESORBA MEDICAL GmbH, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 1:16-cv-12173-GAO |
| v. | ) ) | |
| ORGANOGENESIS, INC., | ) ) | |
| Defendant. | ) ) | |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Resorba Medical GmbH and Defendant Organogenesis Inc. hereby agree to the dismissal of this entire action as follows:

1. Resorba's and Organogenesis' claims are dismissed without prejudice in their entirety.

2. Each of the Parties shall bear its own costs, expenses, and attorneys' fees.

3. Each of the Parties expressly waives any right to appeal the dismissal of this action.

Dated: October 26, 2017          Respectfully Submitted:

/s/ Andrew M. Gross

*ATTORNEYS FOR RESORBA MEDICAL GmbH*

Dated: October 26, 2017          Respectfully Submitted:

/s/ Marco J. Quina

*ATTORNEYS FOR ORGANOGENESIS INC.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2017, I caused to be filed electronically a copy of the foregoing document with the Clerk of the Court using the CM/ECF system, which will send an electronic copy of the foregoing to counsel of record.

      /s/ Andrew M. Gross